IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN GORTHY, et al., | ) | No. CV-F-05-1052 REC/LJO |
| | ) | |
| | ) | ORDER DENYING MOTIONS TO |
| | ) | DISMISS (Docs. 15, 16 & 21) |
| Plaintiff, | ) | AS MOOT BECAUSE OF FILING OF |
| | ) | FIRST AMENDED COMPLAINT AND |
| vs. | ) | VACATING ORAL ARGUMENT SET |
| | ) | FOR NOVEMBER 21, 2005 |
| | ) | |
| CLOVIS UNIFIED SCHOOL | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because plaintiffs have filed a First Amended Complaint as of right pursuant to Rule 15(a), Federal Rules of Civil Procedure, the court hereby denies the motions to dismiss the Complaint filed by defendants State of California and Clovis Unified School District as moot.  Oral argument in connection with the motions to dismiss set for November 21, 2005 is vacated.

IT IS SO ORDERED.

**Dated:  November 8, 2005**          **/s/ Robert E. Coyle**
668554                                 UNITED STATES DISTRICT JUDGE

1