# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GORTHY, et al., | CASE NO. CV-F-05-1052 REC LJO |
| Plaintiff, | **ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE** |
| vs. | Date: January 27, 2006 |
| CLOVIS UNIFIED SCHOOL DIST. et al., | Time: 8:15 a.m.<br>Dept.: 6 (LJO) |
| Defendants. / | |

This Court set a November 29, 2005 mandatory scheduling conference. Not all of the defendants have been served or have appeared. As such, this Court is unable to conduct a meaningful scheduling conference. On the basis of good cause, this Court:

1. DIRECTS plaintiff forthwith to pursue service of unserved defendants by publication;

2. RESETS the mandatory scheduling conference for January 27, 2006 at 8:15 a.m. in Department 6 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 498-7322;

3. DIRECTS the parties, no later than five court days before the scheduling conference, to file a Joint Scheduling Report which includes the information required by Exhibit A to the August 17, 2005 Order Setting Scheduling Conference and to e-mail a copy of the

1

        Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word;

    4.    DIRECTS the parties to otherwise comply with the August 17, 2005 Order Setting Mandatory Scheduling Conference and Requiring the Parties to Confer Pursuant to F.R.Civ.P. 26(f); and

    5.    DIRECTS plaintiff to serve of a copy this order on unserved defendants, unless plaintiff dismisses them.

IT IS SO ORDERED.

**Dated:   November 29, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES MAGISTRATE JUDGE