RANDALL H. SCARLETT, ESQ. (CA SB # 135554)
ROBERT E. ORMISTON, ESQ. (CA SB #141857)
SCARLETT LAW GROUP
536 Pacific Avenue, 1st Floor
San Francisco, CA 94133
Telephone:   (415) 352-6264
Facsimile:    (415) 352-6265
Email:  info@scarlettlawgroup.com
Efiling:  (Applied for)

CAL J. POTTER, III, ESQ. (NV SB#001988)
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV  89102
Telephone:  (702) 385-1954
Facsimile:  (702) 385-9081
Email:  info@potterlawoffices.com

Attorneys for Plaintiffs
SUSAN GORTHY, individually, and
As Guardian Ad Litem for Minor Plaintiff,
JACOB GORTHY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GORTHY, individually, and as Guardian Ad Litem for Minor Plaintiff, JACOB GORTHY,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOVIS UNIFIED SCHOOL DISTRICT; CLOVIS WEST HIGH SCHOOL; RUSS HARDING; JIM HARTIGAN; (First Name Unknown "FNU") POWELL; TRINA SMITH; BILL CRAWFORD; CARLO PRANDINI; KAREN SOWBY; RODNEY MICHAELS; STATE OF CALIFORNIA; and DOES through 100, inclusive,<br><br>Defendants. | Case No.:  1:05-CV-01052-REC-LJO<br><br>ORDER  ALLOWING SERVICE OF SUMMONS BY PUBLICATION AND STAYING THE 120 DAY TIME LIMIT FOR SERVICE ON DEFENDANTS POWELL AND RODNEY MICHAELS |

Upon reading and considering Plaintiff SUSAN GORTHY's, individually, and as Guardian Ad Litem for Minor Plaintiff, JACOB GORTHY, APPLICATION FOR AN ORDER ALLOWING SERVICE OF SUMMONS BY PUBLICATION AND STAYING THE 120 DAY TIME LIMIT FOR SERVICE ON DEFENDANTS POWELL AND RODNEY MICHAELS, and the Declaration in support thereof, and it satisfactorily appearing to the Court that defendants Powell and Rodney Michaels cannot with reasonable diligence be served in any other manner allowed under California law as specified in Sections 415.10 through 415.40 of the Code of Civil Procedure, and it also appearing that good causes of action exist in favor of plaintiffs against such defendants,

IT IS HEREBY ORDERED that service of the Summons in this action be made on defendants Powell and Rodney Michaels by served by publication in the Fresno Bee, a newspaper of general circulation published in Fresno, California, which is hereby designated as the newspaper most likely to give actual notice to said defendants, and that said publication be made once a week for four (4) consecutive weeks; and a copy of the Summons, a copy of the Complaint, and a copy of this Order be forthwith mailed to said defendants forthwith in the event that their addresses are ascertained before expiration of the time herein prescribed for publication of Summons.

IT IS FURTHER ORDERED that the 120-day Time Limit for Service under FRCP 4(m) is hereby stayed as against defendants Powell and Rodney Michaels effective as of the date of the filing of the within application.

IT IS SO ORDERED.

Dated:   December 6, 2005            /s/ Lawrence J. O'Neill

66h44d                                         UNITED STATES MAGISTRATE JUDGE