**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN GORTHY, et al.,<br><br>    Plaintiffs,<br><br>   vs.<br><br>RUSS HARDING, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. **CV F 05-1052 LJO**<br>**(New case number)**<br><br>**ORDER TO SIGN AND RETURN**<br>**MAGISTRATE JUDGE CONSENT FORM** |

The parties' counsel indicated they consent to the conduct of all further proceedings, including trial, before United States Magistrate Judge Lawrence O'Neill. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than April 28, 2006, to sign, date and file the consent form.

**All further papers shall bear the new case number CV F 05-1052 LJO.**

IT IS SO ORDERED.

**Dated:   April 13, 2006**                    **/s/ Lawrence J. O'Neill**
66h44d                                              UNITED STATES MAGISTRATE JUDGE

1