# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SUSAN GORTHY, et al., | CASE NO. CV-F-05-1052 REC LJO |
| Plaintiffs, | <u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u> |
| vs. |  |
| RUSS HARDING, et al., |  |
| Defendants. |  |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further documents shall bear the new case number **CV F 05-1052 LJO**.

IT IS SO ORDERED.

**Dated:  May 5, 2006**              /s/ Robert E. Coyle
668554                      UNITED STATES DISTRICT JUDGE

1