IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GORTHY, et al., | CASE NO. CV F 05-1052 LJO |
| Plaintiffs, | **ORDER TO DENY REQUESTED STAY OF ACTION** |
| vs. | |
| RUSS HARDING, et al., | |
| Defendants. | |

The parties have submitted a stipulation to stay this action in favor of a parallel Fresno County Superior Court action which includes the same parties and claims as this action and an additional defendant. The parties fail to address potential dismissal of this action given that the superior court action includes all applicable parties and claims. Based on what the parties have presented, this Court prefers dismissal rather than stay of this action. As such, this Court DENIES the parties' pending stay request.

IT IS SO ORDERED.

**Dated:   October 13, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                            UNITED STATES MAGISTRATE JUDGE